AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Smith | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-01715-UA |
| Annucci et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jane Smith.

Date: 03/01/2021

/s/ Rebecca J. Schindel
*Attorney's signature*

Rebecca J. Schindel
*Printed Name*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
*Address*

rschindel@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*