# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | ANTONY L. RYAN | | STEPHEN M. KESSING | MICHAEL P. ADDIS |
| EVAN R. CHESLER | GEORGE E. ZOBITZ | | LAUREN A. MOSKOWITZ | JUSTIN C. CLARKE |
| STEPHEN L. GORDON | GEORGE A. STEPHANAKIS | WORLDWIDE PLAZA | DAVID J. PERKINS | SHARONMOYEE GOSWAMI |
| ROBERT H. BARON | DARIN P. MCATEE | 825 EIGHTH AVENUE | J. LEONARD TETI, II | C. DANIEL HAAREN |
| DAVID MERCADO | GARY A. BORNSTEIN | NEW YORK, NY 10019-7475 | D. SCOTT BENNETT | EVAN MEHRAN NORRIS |
| CHRISTINE A. VARNEY | TIMOTHY G. CAMERON | | TING S. CHEN | LAUREN M. ROSENBERG |
| PETER T. BARBUR | KARIN A. DEMASI | TELEPHONE: +1-212-474-1000 | CHRISTOPHER K. FARGO | MICHAEL L. ARNOLD |
| MICHAEL S. GOLDMAN | DAVID S. FINKELSTEIN | FACSIMILE: +1-212-474-3700 | KENNETH C. HALCOM | HEATHER A. BENJAMIN |
| RICHARD HALL | RACHEL G. SKAISTIS | | DAVID M. STUART | MATTHEW J. BOBBY |
| JULIE A. NORTH | PAUL H. ZUMBRO | | AARON M. GRUBER | DANIEL J. CERQUEIRA |
| ANDREW W. NEEDHAM | ERIC W. HILFERS | CITYPOINT | O. KEITH HALLAM, III | ALEXANDRA C. DENNING |
| STEPHEN L. BURNS | GEORGE F. SCHOEN | ONE ROPEMAKER STREET | OMID H. NASAB | HELAM GEBREMARIAM |
| KATHERINE B. FORREST | ERIK R. TAVZEL | LONDON EC2Y 9HR | DAMARIS HERNÁNDEZ | MATTHEW G. JONES |
| KEITH R. HUMMEL | CRAIG F. ARCELLA | TELEPHONE: +44-20-7453-1000 | JONATHAN J. KATZ | MATTHEW M. KELLY |
| DAVID J. KAPPOS | DAMIEN R. ZOUBEK | FACSIMILE: +44-20-7860-1150 | DAVID L. PORTILLA | DAVID H. KORN |
| DANIEL SLIFKIN | LAUREN ANGELILLI | | RORY A. LERARIS | BRITTANY L. SUKIENNIK |
| ROBERT I. TOWNSEND, III | TATIANA LAPUSHCHIK | WRITER'S DIRECT DIAL NUMBER | KARA L. MUNGOVAN | ANDREW M. WARK |
| PHILIP J. BOECKMAN | ALYSSA K. CAPLES | +1-212-474-1000 | MARGARET T. SEGALL | |
| WILLIAM V. FOGG | JENNIFER S. CONWAY | | NICHOLAS A. DORSEY | |
| FAIZA J. SAEED | MINH VAN NGO | | ANDREW C. ELKEN | PARTNER EMERITUS |
| RICHARD J. STARK | KEVIN J. ORSINI | WRITER'S EMAIL ADDRESS | JENNY HOCHENBERG | SAMUEL C. BUTLER |
| THOMAS E. DUNN | MATTHEW MORREALE | dstuart@cravath.com | VANESSA A. LAVELY | |
| MARK I. GREENE | JOHN D. BURETTA | | G.J. LIGELIS JR. | |
| DAVID R. MARRIOTT | J. WESLEY EARNHARDT | | MICHAEL E. MARIANI | |
| MICHAEL A. PASKIN | YONATAN EVEN | | LAUREN R. KENNEDY | OF COUNSEL |
| ANDREW J. PITTS | BENJAMIN GRUENSTEIN | | SASHA ROSENTHAL-LARREA | MICHAEL L. SCHLER |
| MICHAEL T. REYNOLDS | JOSEPH D. ZAVAGLIA | | ALLISON M. WEIN | CHRISTOPHER J. KELLY |

March 5, 2021

*Smith v. Annucci et al.*
1:21-cv-01715-RA [rel. 1:17-cv-07954-RA-OTW]

Dear Judge Abrams:

  We represent Plaintiff in the above-titled action. On February 22, 2021, Plaintiff moved for leave to proceed anonymously and to maintain the confidentiality of certain Defendants identified by pseudonyms in the publicly filed complaint. The Court granted Plaintiff's motion on February 24, 2021 (Order on Pl.'s Mot. for Leave to Proceed Anon., *Smith v. Annucci*, No. 21-mc-199 (S.D.N.Y. Feb. 24, 2021), ECF No. 3).

  For the same reasons set forth in Plaintiff's motion to proceed anonymously, Plaintiff respectfully requests permission for the Clerk to issue summonses for the anonymous defendants, by their true names, under seal.

                     Very truly yours,

                       David M. Stuart

Hon. Ronnie Abrams
  United States District Judge
    Thurgood Marshall
      United States Courthouse
        40 Foley Square
          New York, NY 10007