# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

---

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1000

WRITER'S EMAIL ADDRESS
dstuart@cravath.com

| | | |
|---|---|---|
| JOHN W. WHITE | ANTONY L. RYAN | STEPHEN M. KESSING | MICHAEL P. ADDIS |
| EVAN R. CHESLER | GEORGE E. ZOBITZ | LAUREN A. MOSKOWITZ | JUSTIN C. CLARKE |
| STEPHEN L. GORDON | GEORGE A. STEPHANAKIS | DAVID J. PERKINS | SHARONMOYEE GOSWAMI |
| ROBERT H. BARON | DARIN P. MCATEE | J. LEONARD TETI, II | C. DANIEL HAAREN |
| DAVID MERCADO | GARY A. BORNSTEIN | D. SCOTT BENNETT | EVAN MEHRAN NORRIS |
| CHRISTINE A. VARNEY | TIMOTHY G. CAMERON | TING S. CHEN | LAUREN M. ROSENBERG |
| PETER T. BARBUR | KARIN A. DEMASI | CHRISTOPHER K. FARGO | MICHAEL L. ARNOLD |
| MICHAEL S. GOLDMAN | DAVID S. FINKELSTEIN | KENNETH C. HALCOM | HEATHER A. BENJAMIN |
| RICHARD HALL | RACHEL G. SKAISTIS | DAVID M. STUART | MATTHEW J. BOBBY |
| JULIE A. NORTH | PAUL H. ZUMBRO | AARON M. GRUBER | DANIEL J. CERQUEIRA |
| ANDREW W. NEEDHAM | ERIC W. HILFERS | O. KEITH HALLAM, III | ALEXANDRA C. DENNING |
| STEPHEN L. BURNS | GEORGE F. SCHOEN | OMID H. NASAB | HELAM GEBREMARIAM |
| KATHERINE B. FORREST | ERIK R. TAVZEL | DAMARIS HERNÁNDEZ | MATTHEW G. JONES |
| KEITH R. HUMMEL | CRAIG F. ARCELLA | JONATHAN J. KATZ | MATTHEW M. KELLY |
| DAVID J. KAPPOS | DAMIEN R. ZOUBEK | DAVID L. PORTILLA | DAVID H. KORN |
| DANIEL SLIFKIN | LAUREN ANGELILLI | RORY A. LERARIS | BRITTANY L. SUKIENNIK |
| ROBERT I. TOWNSEND, III | TATIANA LAPUSHCHIK | KARA L. MUNGOVAN | ANDREW M. WARK |
| PHILIP J. BOECKMAN | ALYSSA K. CAPLES | MARGARET T. SEGALL | |
| WILLIAM V. FOGG | JENNIFER S. CONWAY | NICHOLAS A. DORSEY | |
| FAIZA J. SAEED | MINH VAN NGO | ANDREW C. ELKEN | PARTNER EMERITUS |
| RICHARD J. STARK | KEVIN J. ORSINI | JENNY HOCHENBERG | SAMUEL C. BUTLER |
| THOMAS E. DUNN | MATTHEW MORREALE | VANESSA A. LAVELY | |
| MARK I. GREENE | JOHN D. BURETTA | G.J. LIGELIS JR. | |
| DAVID R. MARRIOTT | J. WESLEY EARNHARDT | MICHAEL E. MARIANI | OF COUNSEL |
| MICHAEL A. PASKIN | YONATAN EVEN | LAUREN R. KENNEDY | MICHAEL L. SCHLER |
| ANDREW J. PITTS | BENJAMIN GRUENSTEIN | SASHA ROSENTHAL-LARREA | CHRISTOPHER J. KELLY |
| MICHAEL T. REYNOLDS | JOSEPH D. ZAVAGLIA | ALLISON M. WEIN | |

March 5, 2021

*Smith v. Annucci et al.*
1:21-cv-01715-RA [rel. 1:17-cv-07954-RA-OTW]

Dear Judge Abrams:

We represent Plaintiff in the above-titled action. On February 22, 2021, Plaintiff moved for leave to proceed anonymously and to maintain the confidentiality of certain Defendants identified by pseudonyms in the publicly filed complaint. The Court granted Plaintiff's motion on February 24, 2021 (Order on Pl.'s Mot. for Leave to Proceed Anon., *Smith v. Annucci*, No. 21-mc-199 (S.D.N.Y. Feb. 24, 2021), ECF No. 3).

For the same reasons set forth in Plaintiff's motion to proceed anonymously, Plaintiff respectfully requests permission for the Clerk to issue summonses for the anonymous defendants, by their true names, under seal.

Very truly yours,

*/s/ David M. Stuart*

David M. Stuart

Hon. Ronnie Abrams
   United States District Judge
      Thurgood Marshall
         United States Courthouse
            40 Foley Square
               New York, NY 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
03/08/2021