```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANE SMITH,                                                 :
                                                            :
                    Plaintiff,                              :        No. 21-CV-1715 (RA) (OTW)
                                                            :
           -against-                                        :        **ORDER**
                                                            :
ANTHONY J. ANNUCCI, *et al.*,                               :
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 75 and hereby adopts the parties' proposed deadlines:

- Amended Complaint, if any: **June 25, 2021**;

- Defendants' response to Complaint or Amended Complaint: **August 25, 2021**;

- Proposed case management plan: **August 26, 2021**;

- Initial disclosures under Rule 26(a): **September 9, 2021**.

The parties shall familiarize themselves with the Court's individual rules, available at

https://www.nysd.uscourts.gov/hon-ona-t-wang. The parties shall submit a joint status

letter on **July 1, 2021.**

**SO ORDERED.**


                                                      *s/ Ona T. Wang*
Dated: June 3, 2021                                         **Ona T. Wang**
       New York, New York                              United States Magistrate Judge