# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1519

WRITER'S EMAIL ADDRESS
DStuart@cravath.com

JOHN W. WHITE, EVAN R. CHESLER, STEPHEN L. GORDON, ROBERT H. BARON, DAVID MERCADO, CHRISTINE A. VARNEY, PETER T. BARBUR, MICHAEL S. GOLDMAN, RICHARD HALL, JULIE A. NORTH, ANDREW W. NEEDHAM, STEPHEN L. BURNS, KATHERINE B. FORREST, KEITH R. HUMMEL, DAVID J. KAPPOS, DANIEL SLIFKIN, ROBERT I. TOWNSEND, III, PHILIP J. BOECKMAN, WILLIAM V. FOGG, FAIZA J. SAEED, RICHARD J. STARK, THOMAS E. DUNN, MARK I. GREENE, DAVID R. MARRIOTT, MICHAEL A. PASKIN, ANDREW J. PITTS, MICHAEL T. REYNOLDS, ANTONY L. RYAN, GEORGE E. ZOBITZ, GEORGE A. STEPHANAKIS, DARIN P. MCATEE, GARY A. BORNSTEIN, TIMOTHY G. CAMERON, KARIN A. DEMASI, DAVID S. FINKELSTEIN, RACHEL G. SKAISTIS, PAUL H. ZUMBRO, ERIC W. HILFERS, GEORGE F. SCHOEN, ERIK R. TAVZEL, CRAIG F. ARCELLA, DAMIEN R. ZOUBEK, LAUREN ANGELILLI, TATIANA LAPUSHCHIK, ALYSSA K. CAPLES, JENNIFER S. CONWAY, MINH VAN NGO, KEVIN J. ORSINI, MATTHEW MORREALE, JOHN D. BURETTA, J. WESLEY EARNHARDT, YONATAN EVEN, BENJAMIN GRUENSTEIN, JOSEPH D. ZAVAGLIA, STEPHEN M. KESSING, LAUREN A. MOSKOWITZ, DAVID J. PERKINS, J. LEONARD TETI, II, D. SCOTT BENNETT, TING S. CHEN, CHRISTOPHER K. FARGO, DAVID M. STUART, AARON M. GRUBER, O. KEITH HALLAM, III, OMID H. NASAB, DAMARIS HERNÁNDEZ, JONATHAN J. KATZ, DAVID L. PORTILLA, RORY A. LERARIS, KARA L. MUNGOVAN, MARGARET T. SEGALL, NICHOLAS A. DORSEY, ANDREW C. ELKEN, JENNY HOCHENBERG, VANESSA A. LAVELY, G.J. LIGELIS JR., MICHAEL E. MARIANI, LAUREN R. KENNEDY, SASHA ROSENTHAL-LARREA, ALLISON M. WEIN, MICHAEL P. ADDIS, JUSTIN C. CLARKE, SHARONMOYEE GOSWAMI, C. DANIEL HAAREN, EVAN MEHRAN NORRIS, LAUREN M. ROSENBERG, MICHAEL L. ARNOLD, HEATHER A. BENJAMIN, MATTHEW J. BOBBY, DANIEL J. CERQUEIRA, ALEXANDRA C. DENNING, HELAM GEBREMARIAM, MATTHEW G. JONES, MATTHEW M. KELLY, DAVID H. KORN, BRITTANY L. SUKIENNIK, ANDREW M. WARK

PARTNER EMERITUS
SAMUEL C. BUTLER

OF COUNSEL
MICHAEL L. SCHLER, CHRISTOPHER J. KELLY, KIMBERLEY S. DREXLER, NICOLE F. FOSTER, LILLIAN S. GROSSBARD, KIMBERLY A. GROUSSET, ANDREI HARASYMIAK

June 24, 2021

*Smith v. Annucci, et al.*
1:21-cv-01715-RA [rel. 1:17-cv-07954-RA-OTW]

Dear Magistrate Judge Wang:

      We submit this joint letter on behalf of Plaintiff and the served Defendants to respectfully request a two-week extension of the current deadlines in the scheduling order entered by this Court on June 3, 2021. A two-week adjournment of the June 25 deadline to file an amended complaint, in particular, will enable counsel for Plaintiff to finalize their assessment of the potential joinder of additional plaintiffs to this action in light of recent investigatory efforts undertaken by both sides.

      Respectfully,

*/s/ David M. Stuart*

David M. Stuart
Attorney for Plaintiff

The Honorable Ona T. Wang
   United States District Court for the Southern District of New York
     Daniel Patrick Moynihan United States Courthouse
       500 Pearl St., Room 20D
         New York, NY 10007

VIA CM/ECF

Copy to:

Assistant Attorney General Neil Shevlin
    New York State Office of the Attorney General
        28 Liberty Street, 15th Floor
            New York, NY 10005

VIA CM/ECF