

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

September 2, 2021

By ECF
Hon. Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    Jane Smith v. Annucci, *et al.*,
               21-CV-01715 (RA)(OTW) [rel. 17-CV-07954 (RA)(OTW)]

Your Honor:

      I write to respectfully request an extension of time, from September 3, 2021 until September 17, 2021, to file a proposed stipulation of confidentiality, as directed by the Court on August 20, 2021, with an undertaking that addresses the Court's February 24, 2021 and July 15, 2021 Orders on plaintiffs' motions for leave to proceed anonymously (ECF Nos. 1-5 & 84). The reason for the requested adjournment is because I need additional time to work with the New York State Department of Corrections and Community Supervision's Counsel's Office on the language for the undertaking. Counsel for plaintiffs have consented to this application.

      Thank you.

                      Respectfully submitted,

                      /s/ Neil Shevlin
                      Neil Shevlin
                      Assistant Attorney General
                      Neil.Shevlin@ag.ny.gov

cc: Counsel for plaintiffs (by ECF)