UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JANE SMITH and MARY DOE,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiffs,　　　　　　　:　　　No. 21-CV-1715 (RA) (OTW)
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　-against-　　　　　　　　:　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　:
ANTHONY J. ANNUCCI, *et al.*,　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' September 30, 2021 letter (ECF 104) requesting a one-month extension of Defendants' deadline to respond to the Amended Complaint. The parties shall meet and confer regarding a new deadline and file a joint letter by **October 6, 2021**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　_s/ Ona T. Wang_

Dated: October 1, 2021　　　　　　　　　　　　**Ona T. Wang**
　　　New York, New York　　　　　　　　　　United States Magistrate Judge