AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Smith et al. | ) |
| :---: | :---: |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-01715-RA-OTW |
| Annucci et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plainitffs Jane Smith and Mary Doe                                    .

Date:   02/09/2022

/s/ Chizoba D. Ukairo
*Attorney's signature*

Chizoba D. Ukairo
*Printed name*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
*Address*

cukairo@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*