UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JANE SMITH and MARY DOE,

           Plaintiffs,

       -against-

ANTHONY J. ANNUCCI, *et al.*,

           Defendants.

------------------------------------------------------------x

21-CV-1715 (RA) (OTW)

**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

After reviewing the Proposed Case Management Plan (ECF 137), the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties.** The parties may amend the pleadings or join additional parties only upon a showing of good cause.

**Discovery.** All fact discovery shall be completed by **October 1, 2022**. All expert discovery shall be completed by **February 1, 2023**.

**Discovery Disputes.** The parties are required to follow the Court's Individual Practices when seeking Court intervention on discovery disputes. *See* https://www.nysd.uscourts.gov/hon-ona-t-wang.

**Trial**. The parties request a jury trial.

SO ORDERED.

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: March 15, 2022
New York, New York