# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

JOHN W. WHITE, EVAN R. CHESLER, STEPHEN L. GORDON, ROBERT H. BARON, CHRISTINE A. VARNEY, PETER T. BARBUR, MICHAEL S. GOLDMAN, RICHARD HALL, STEPHEN L. BURNS, KATHERINE B. FORREST, KEITH R. HUMMEL, DAVID J. KAPPOS, DANIEL SLIFKIN, ROBERT I. TOWNSEND, III, PHILIP J. BOECKMAN, RONALD E. CREAMER JR., WILLIAM V. FOGG, FAIZA J. SAEED, THOMAS E. DUNN, MARK I. GREENE, DAVID R. MARRIOTT, MICHAEL A. PASKIN, ANDREW J. PITTS, MICHAEL T. REYNOLDS, ANTONY L. RYAN, GEORGE E. ZOBITZ, GEORGE A. STEPHANAKIS, GARY A. BORNSTEIN, TIMOTHY G. CAMERON, KARIN A. DEMASI, DAVID S. FINKELSTEIN, RACHEL G. SKAISTIS, PAUL H. ZUMBRO, ERIC W. HILFERS, GEORGE F. SCHOEN, ERIK R. TAVZEL, CRAIG F. ARCELLA, LAUREN ANGELILLI, TATIANA LAPUSHCHIK, ALYSSA K. CAPLES, MINH VAN NGO, KEVIN J. ORSINI, MATTHEW MORREALE, JOHN D. BURETTA, J. WESLEY EARNHARDT, YONATAN EVEN, BENJAMIN GRUENSTEIN, JOSEPH D. ZAVAGLIA, STEPHEN M. KESSING, LAUREN A. MOSKOWITZ, DAVID J. PERKINS, J. LEONARD TETI, II, D. SCOTT BENNETT, TING S. CHEN, CHRISTOPHER K. FARGO, DAVID M. STUART, AARON M. GRUBER, O. KEITH HALLAM, III, OMID H. NASAB, DAMARIS HERNÁNDEZ, JONATHAN J. KATZ, DAVID L. PORTILLA, RORY A. LERARIS, MARGARET T. SEGALL, DANIEL K. ZACH, NICHOLAS A. DORSEY, ANDREW C. ELKEN, VANESSA A. LAVELY, G.J. LIGELIS JR., MICHAEL E. MARIANI, LAUREN R. KENNEDY, SASHA ROSENTHAL-LARREA, MICHAEL P. ADDIS, JUSTIN C. CLARKE, SHARONMOYEE GOSWAMI, C. DANIEL HAAREN, EVAN MEHRAN NORRIS, LAUREN M. ROSENBERG, MICHAEL L. ARNOLD, HEATHER A. BENJAMIN, MATTHEW J. BOBBY, DANIEL J. CERQUEIRA, ALEXANDRA C. DENNING, HELAM GEBREMARIAM, MATTHEW G. JONES, MATTHEW M. KELLY, DAVID H. KORN, BRITTANY L. SUKIENNIK, ANDREW M. WARK, ANDREW T. DAVIS, DOUGLAS DOLAN, SANJAY MURTI, BETHANY A. PFALZGRAF, MATTHEW L. PLOSZEK, ARVIND RAVICHANDRAN

PARTNER EMERITUS
SAMUEL C. BUTLER

OF COUNSEL
CHRISTOPHER J. KELLY, KIMBERLEY S. DREXLER, LILLIAN S. GROSSBARD, KIMBERLY A. GROUSSET, ANDREI HARASYMIAK, JESSE M. WEISS, MICHAEL J. ZAKEN

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1519

WRITER'S EMAIL ADDRESS
DStuart@cravath.com

May 26, 2022

<u>Smith et al. v. Annucci et al.
1:21-cv-01715-RA [rel. 1:17-cv-07954-RA-OTW]</u>

Dear Judge Wang:

Because Defendants were unable to complete document production by the **May 1, 2022** deadline in the Joint Case Management Plan (ECF No. 137) and continue to work on producing documents, the parties respectfully request an extension of the deadline to serve interrogatories, from **June 1, 2022** (the current deadline in the Joint Case Management Plan) to **September 1, 2022**.  As described in our last joint status letter to the Court on **May 13, 2022**, there are also a number of outstanding issues related to document production about which the parties are still attempting to reach resolution. The parties will address those issues as ordered by the Court on **May 16, 2022** in a joint letter to be submitted no later than **June 10, 2022**.

Respectfully,

<u>/s/ David M. Stuart</u>

David M. Stuart
Attorney for Plaintiffs

<u>/s/ Andrew Blancato</u>

Andrew Blancato
Attorney for Defendants

The Honorable Ona T. Wang
   United States District Court for the Southern District of New York
      Daniel Patrick Moynihan United States Courthouse
         500 Pearl St., Room 20D
            New York, NY 10007

VIA CM/ECF