**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
JANE SMITH and MARY DOE,

                Plaintiffs,                No. 21-CV-1715 (RA) (OTW)

               -against-               **ORDER**

ANTHONY J. ANNUCCI, *et al.*,

                Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to the rulings made on the record at the June 15, 2022, status conference, the parties are directed as follows:

- By **July 1, 2022**, Defendants shall provide to Plaintiffs their written responses and objections to Plaintiffs' document requests.

- By **July 15, 2022**, Defense counsel shall meet and confer with Plaintiffs' counsel and complete a privilege log.

- By **June 24, 2022**, Defense counsel is directed to tell Plaintiffs' counsel how many of the 135 incidents of alleged staff-on-inmate sexual misconduct pertain to the Officer Defendants.

- The parties shall meet and confer on all other discovery disputes in ECF 146, specifically regarding Plaintiffs' requests for floorplans, the Officer Defendants' personnel files, and ESI.

The parties shall file a joint status letter on the status of the above discovery issues by close of business on **July 29, 2022**.

**SO ORDERED.**

Dated: June 15, 2022                                  _s/ Ona T. Wang_
     New York, New York                            **Ona T. Wang**
                                                      United States Magistrate Judge