# CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| JOHN W. WHITE | TIMOTHY G. CAMERON | AARON M. GRUBER | HELAM GEBREMARIAM |
| EVAN R. CHESLER | KARIN A. DEMASI | O. KEITH HALLAM, III | MATTHEW G. JONES |
| STEPHEN L. GORDON | DAVID S. FINKELSTEIN | OMID H. NASAB | MATTHEW M. KELLY |
| ROBERT H. BARON | RACHEL G. SKAISTIS | DAMARIS HERNÁNDEZ | DAVID H. KORN |
| CHRISTINE A. VARNEY | PAUL H. ZUMBRO | JONATHAN J. KATZ | BRITTANY L. SUKIENNIK |
| PETER T. BARBUR | ERIC W. HILFERS | DAVID L. PORTILLA | ANDREW M. WARK |
| MICHAEL S. GOLDMAN | GEORGE F. SCHOEN | ELAD L. ROISMAN | ANDREW T. DAVIS |
| RICHARD HALL | CRAIG F. ARCELLA | RORY A. LERARIS | DOUGLAS DOLAN |
| STEPHEN L. BURNS | LAUREN ANGELILLI | MARGARET T. SEGALL | SANJAY MURTI |
| KATHERINE B. FORREST | TATIANA LAPUSHCHIK | DANIEL K. ZACH | BETHANY A. PFALZGRAF |
| KEITH R. HUMMEL | ALYSSA K. CAPLES | NICHOLAS A. DORSEY | MATTHEW L. PLOSZEK |
| DAVID J. KAPPOS | MINH VAN NGO | ANDREW C. ELKEN | ARVIND RAVICHANDRAN |
| DANIEL SLIFKIN | JELENA MCWILLIAMS | VANESSA A. LAVELY | |
| ROBERT I. TOWNSEND, III | KEVIN J. ORSINI | G.J. LIGELIS JR. | |
| PHILIP J. BOECKMAN | MATTHEW MORREALE | MICHAEL E. MARIANI | PARTNER EMERITUS |
| RONALD E. CREAMER JR. | JOHN D. BURETTA | LAUREN R. KENNEDY | SAMUEL C. BUTLER |
| WILLIAM V. FOGG | J. WESLEY EARNHARDT | SASHA ROSENTHAL-LARREA | |
| FAIZA J. SAEED | YONATAN EVEN | MICHAEL P. ADDIS | |
| THOMAS E. DUNN | BENJAMIN GRUENSTEIN | JUSTIN C. CLARKE | OF COUNSEL |
| MARK I. GREENE | JOSEPH D. ZAVAGLIA | SHARONMOYEE GOSWAMI | CHRISTOPHER J. KELLY |
| DAVID R. MARRIOTT | STEPHEN M. KESSING | C. DANIEL HAAREN | KIMBERLEY S. DREXLER |
| MICHAEL A. PASKIN | LAUREN A. MOSKOWITZ | EVAN MEHRAN NORRIS | LILLIAN S. GROSSBARD |
| ANDREW J. PITTS | DAVID J. PERKINS | LAUREN M. ROSENBERG | KIMBERLY A. GROUSSET |
| MICHAEL T. REYNOLDS | J. LEONARD TETI, II | MICHAEL L. ARNOLD | ANDREI HARASYMIAK |
| ANTONY L. RYAN | D. SCOTT BENNETT | HEATHER A. BENJAMIN | JESSE M. WEISS |
| GEORGE E. ZOBITZ | TING S. CHEN | MATTHEW J. BOBBY | MICHAEL J. ZAKEN |
| GEORGE A. STEPHANAKIS | CHRISTOPHER K. FARGO | DANIEL J. CERQUEIRA | BENJAMIN G. JOSELOFF |
| GARY A. BORNSTEIN | DAVID M. STUART | ALEXANDRA C. DENNING | MEGAN Y. LEW |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1519

WRITER'S EMAIL ADDRESS
DStuart@cravath.com

August 12, 2022

*Smith et al. v. Annucci et al.*
1:21-cv-01715-RA [rel. 1:17-cv-07954-RA-OTW]

Dear Judge Wang:

      As previewed in the parties' July 29, 2022 joint status letter (ECF No. 150), the parties respectfully request an extension of several of the deadlines in the Joint Case Management Plan (ECF No. 137). The parties have been working together to resolve several discovery disputes and Defendants have not yet completed their production of documents to Plaintiffs' first set of document requests. Therefore, the parties request an extension of the following deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Final production of documents responsive to Plaintiffs' first set of document requests | May 1, 2022 | October 1, 2022 |
| Service of initial set of interrogatories | September 1, 2022 | October 15, 2022 |
| Service of final requests for admission | September 1, 2022 | February 1, 2023 |
| Complete depositions of fact witnesses | September 15, 2022 | February 15, 2023 |
| Complete fact discovery | October 1, 2022 | March 1, 2023 |
| Complete expert discovery | February 1, 2023 | July 1, 2023 |

        Respectfully,

        */s/ David M. Stuart*

        David M. Stuart
        Attorney for Plaintiffs

        */s/ Andrew Blancato*

        Andrew Blancato
        Attorney for Defendants

The Honorable Ona T. Wang
   United States District Court for the Southern District of New York
    Daniel Patrick Moynihan United States Courthouse
      500 Pearl St., Room 20D
        New York, NY 10007

VIA CM/ECF