

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

August 24, 2022

By ECF
Hon. Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Jane Smith v. Annucci, *et al.*,
              21-CV-01715 (RA)(OTW) [rel. 17-CV-07954 (RA)(OTW)]

Your Honor:

     I write respectfully on behalf of both plaintiffs and defendants in response to the Order issued by the Court this morning (ECF No. 190) directing the parties to file a joint status letter by September 16, 2022. In light of this Order, the parties' respectfully request that they no longer be required to file a joint status letter by this Friday, August 26, 2022 (ECF No. 152). The two status reports will cover essentially the same grounds, including such things as electronic discovery and defendants' responses to plaintiffs' document demands.

     Thank you.

                                                                        Respectfully submitted,

                                                                        /s/ Neil Shevlin
                                                                        Neil Shevlin
                                                                        Assistant Attorney General
                                                                        Neil.Shevlin@ag.ny.gov

cc: Counsel for plaintiffs (by ECF)

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
www.ag.ny.gov