UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  09/22/2022

JANE SMITH and MARY DOE,

                    Plaintiffs,

         v.

ANTHONY J. ANNUCCI, et al.

                    Defendants.

21-CV-1715 (RA)(OTW)

ORDER

RONNIE ABRAMS, United States District Judge:

Before the Court is Defendant Steven Maher's, Christian Nunez's, and John Shipley's,

motion to dismiss the claims against them.  For reasons to follow, the motion is hereby denied.

The parties shall appear for a telephonic conference before the Court on September 27, 2022 at

3:00 p.m.  The parties may access the conference by using the following call-in information:

(888) 363-4749; Access Code: 1015508.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 114.

SO ORDERED.

Dated:     September 22, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge