

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

L<span>ETITIA</span> J<span>AMES</span>  
A<span>TTORNEY</span> G<span>ENERAL</span>

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

September 23, 2022

<u>By ECF</u>  
Hon. Ronnie Abrams  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

      Re:    Jane Smith v. Annucci, *et al.*,  
             21-CV-01715 (RA)(OTW) [rel. 17-CV-07954 (RA)(OTW)]

Dear Judge Abrams:

      I write respectfully on behalf of the defendants, and in response to the Court's September 22, 2022 Order (ECF No. 163), directing the parties to appear for a telephone conference on September 27, 2022, to request that the date of the conference be adjourned to September 30, 2022, or a date thereafter convenient for the Court. The reason for the requested adjournment is that the conference date conflicts with a religious observance. I have conferred with counsel for plaintiffs and they have consented to this request and have confirmed their availability on September 30, 2022.

      Respectfully submitted,

      */s/ Neil Shevlin*  
      Neil Shevlin  
      Assistant Attorney General  
      (212) 416-8561  
      Neil.Shevlin@ag.ny.gov

cc:  Counsel for plaintiffs (by ECF)