

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

September 23, 2022

By ECF
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Jane Smith v. Annucci, *et al.*,
              21-CV-01715 (RA)(OTW) [rel. 17-CV-07954 (RA)(OTW)]

Dear Judge Abrams:

     I write respectfully on behalf of the defendants, and in response to the Court's September 22, 2022 Order (ECF No. 163), directing the parties to appear for a telephone conference on September 27, 2022, to request that the date of the conference be adjourned to September 30, 2022, or a date thereafter convenient for the Court. The reason for the requested adjournment is that the conference date conflicts with a religious observance. I have conferred with counsel for plaintiffs and they have consented to this request and have confirmed their availability on September 30, 2022.

Application granted.

The conference is hereby adjourned to October 7, 2022 at 1:00 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
09/23/2022

Respectfully submitted,

*/s/ Neil Shevlin*
Neil Shevlin
Assistant Attorney General
(212) 416-8561
Neil.Shevlin@ag.ny.gov