**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JANE SMITH and MARY DOE,

                Plaintiffs,

                -against-

ANTHONY J. ANNUCCI, *et al.*,

                Defendants.
------------------------------------------------------------x

No. 21-CV-1715 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has granted Plaintiffs' request in *Stone v. Annucci*, 20-cv-1326 (RA) (OTW) to appear at the same time as the status conference in this matter scheduled for November 1, 2022.

Counsel are directed to meet and confer with counsel in *Stone v. Annucci* and submit a joint proposed conference agenda, outlining the sequence of Court business to be conducted at the conference.

**SO ORDERED.**

                                                              *s/ Ona T. Wang*

Dated: September 30, 2022                               **Ona T. Wang**
       New York, New York                       United States Magistrate Judge