

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

October 3, 2022

By ECF
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Jane Smith v. Annucci, *et al.*,
21-CV-01715 (RA)(OTW) [rel. 17-CV-07954 (RA)(OTW)]

Dear Judge Abrams:

I write respectfully on behalf of the defendants Maher, Nunez, and Shipley to request that their time to file an Answer in response to the Amended Complaint be adjourned from October 6, 2022, to November 4, 2022. The reason for the requested adjournment is to provide additional time for me to review the voluminous Amended Complaint with the three defendants, two of who are retired from DOCCS.

This is defendants Maher, Nunez, and Shipley's first request for an adjournment of their time to respond to the Amended Complaint. Counsel for plaintiffs consent to this request.

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
10/04/2022

Respectfully submitted,

*/s/ Neil Shevlin*
Neil Shevlin
Assistant Attorney General
(212) 416-8561
Neil.Shevlin@ag.ny.gov