# CRAVATH

David M. Stuart
dstuart@cravath.com
T+1-212-474-1519
New York

December 23, 2022

*Smith et al. v. Annucci et al.*
1:21-CV-01715 (RA) (OTW) [rel: 1:17-CV-07954 (RA) (OTW)]

Dear Judge Wang:

As previewed at the November 1, 2022 status conference, the parties respectfully request an adjournment of the current expert discovery deadline, from February 1, 2023 to July 1, 2023. By this Court's September 19, 2022 Order, the deadline for fact discovery was extended to March 1, 2023. (ECF No. 161.) Therefore, we seek this adjournment to allow the parties sufficient time after the close of fact discovery to complete expert discovery.

We further respectfully request that this Court set a deadline of September 30, 2023 for the filing of dispositive motions.

                                                                            Respectfully,

                                                    */s/ David M. Stuart*

                                                    David M. Stuart
                                                    Attorney for Plaintiffs

                                                    */s/ Andrew Blancato*

                                                    Assistant Attorney General Andrew Blancato
                                                    Attorney for Defendants

The Honorable Ona T. Wang
    United States District Court for the Southern District of New York
        Daniel Patrick Moynihan United States Courthouse
            500 Pearl Street, Room 20D
                New York, NY 10007

VIA CM/ECF

**NEW YORK**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP