UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JANE SMITH and MARY DOE,

               Plaintiffs,

               -against-

ANTHONY J. ANNUCCI, *et al.*,

               Defendants.
------------------------------------------------------------x

No. 21-CV-1715 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 177, 178, 179, 180, and 181.

Because the parties have agreed on a date for Plaintiff Smith's deposition, Defendants' motion for an order directing Plaintiffs to attend their depositions on a date certain prior to February 10, 2023, is terminated as moot.

If Defendants elect to submit a response to Plaintiff Counsel's Motion to Withdraw as Attorney for Plaintiff Doe, they shall file it by **February 10, 2023**. Plaintiff Doe may also submit a response to her counsel's Motion to Withdraw, also by **February 10, 2023**.

The Clerk of Court is respectfully directed to close ECF 177.

**SO ORDERED.**

Dated: January 30, 2023
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge