**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JANE SMITH and MARY DOE,

           Plaintiffs,

           -against-

ANTHONY J. ANNUCCI, *et al.*,

           Defendants.
------------------------------------------------------------x

No. 21-CV-1715 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On January 30, 2023, the Court issued an Order stating that if Defendants or Plaintiff Doe elected to submit a response to Plaintiff Counsel's Motion to Withdraw as Attorney for Plaintiff Doe, they should file it by February 10, 2023. (*See* ECF 183). To date, there has been no response from Defendants or from Plaintiff Doe to the withdrawal motion. Accordingly, Plaintiff Counsel's Motion to Withdraw as Attorney for Plaintiff Doe is **GRANTED** for the reasons stated in that motion.

By **May 5, 2023**, Plaintiff Doe shall inform the Court whether she is proceeding *pro se* or has retained new counsel. Counsel for Plaintiff shall serve a copy of this Order upon Plaintiff Doe's last known address. The Clerk of Court is respectfully directed to close ECF 179.

**SO ORDERED.**

Dated: March 6, 2023
New York, New York

        *s/ Ona T. Wang*
        **Ona T. Wang**
        United States Magistrate Judge