# CRAVATH

Rebecca J. Schindel
rschindel@cravath.com
T+1-212-474-1459
New York

May 26, 2023

*Smith et al. v. Annucci et al.*, 21-CV-01715 (RA) (OTW) [rel: 17-CV-07954 (RA) (OTW)]

Dear Judge Wang:

We submit this monthly joint status letter in accordance with the Court's November 1, 2022 Order. (ECF No. 172).

At this time, there are no document discovery disputes between the parties. Plaintiff made a settlement demand on March 7, 2023 and is awaiting a response from Defendant. Plaintiff is in the process of producing HIPAA-compliant authorizations responsive to Defendants' March 1, 2023 discovery requests. Fact discovery is otherwise complete and the parties are coordinating regarding expert discovery.

                Respectfully,

                */s/ Rebecca J. Schindel*

                Rebecca J. Schindel
                Attorney for Plaintiffs

                */s/ Andrew Blancato*

                Assistant Attorney General Andrew Blancato
                Attorney for Defendants

**NEW YORK**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

The Honorable Ona T. Wang
    United States District Court
        Southern District of New York
            Daniel Patrick Moynihan United States Courthouse
              500 Pearl Street, Room 20D
                New York, NY 10007

VIA CM/ECF