**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
JANE SMITH and MARY DOE,                     :
                                             :
                    Plaintiffs,              :           No. 21-CV-1715 (RA) (OTW)
                                             :
              -against-                      :           ORDER
                                             :
ANTHONY J. ANNUCCI, et al.,                  :
                                             :
                    Defendants.              :
                                             :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 193. The parties' request for a 30-day stay of all remaining discovery deadlines is **GRANTED**. The case is **HEREBY STAYED** for 30 days.

The Court will hold a Pre-Settlement Conference Scheduling Call on **Tuesday, August 15, 2023 at 3:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: July 6, 2023  
New York, New York

**Ona T. Wang**  
United States Magistrate Judge