**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JANE SMITH and MARY DOE,

              Plaintiffs,

              -against-

ANTHONY J. ANNUCCI, et al.,

              Defendants.
------------------------------------------------------------x

No. 21-CV-1715 (RA) (OTW)

**<u>ORDER</u>**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a pre-settlement conference call on Tuesday, August 15, 2023.

As discussed on that call, the parties are directed to file a joint status letter on the docket **by Friday, September 29, 2023**, if the case is not resolved by that date. Further, the parties' request for a further 30-day stay of all remaining discovery deadlines is **GRANTED**. The case is **HEREBY STAYED** for 30 days.

      SO ORDERED.

Dated: August 15, 2023
New York, New York

                                          _s/ Ona T. Wang_
                                              **Ona T. Wang**
                                  United States Magistrate Judge