UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE SMITH and MARY DOE,

                    Plaintiffs,

        v.

ANTHONY J. ANNUCCI, *et al.*,

                    Defendants.

No. 21-CV-1715 (RA) (OTW)

ORDER ADOPTING
REPORT AND RECOMMENDATION

---

RONNIE ABRAMS, United States District Judge:

    On June 21, 2023, Magistrate Judge Wang issued an order to show cause as to why Plaintiff Mary Doe's claims should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See* ECF No. 192. Doe never responded. On August 3, 2023, Judge Wang issued a Report and Recommendation (the "R&R") recommending that Doe's claims be dismissed pursuant to Rule 41(b). As Judge Wang noted, "Ms. Doe has repeatedly failed to reply to Court orders, including the Court's order to show cause by July 31," and her attorneys have been unable "to contact or locate Ms. Doe since on or about April 11, 2022." ECF No. 199. As no objections to the R&R have been filed, the Court reviews the R&R for clear error. *See Smith v. Corizon Health Servs.*, No. 14-CV-8839 (GBD), 2015 WL 6123563, at *1 (S.D.N.Y. Oct. 16, 2015). After careful consideration of the record, the Court finds no error and thus adopts the R&R in its entirety. Accordingly, Plaintiff Mary Doe's claims are dismissed.

SO ORDERED.

Dated:    August 21, 2023
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge